# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JUAN LAMAS AGUILAR,

       Petitioner,

       v.                                                          Case No. 1:25-cv-00996 KWR-KK

PAMELA BONDI, *in her official capacity as*
*Attorney General of the United States,*
KRISTI NOEM*, in her official capacity as Secretary*
*of the Department of Homeland Security,*
UNITED STATES DEPARTMENT OF HOMELAND SECURITY,
TODD LYONS, *in his official capacity as Acting Director of*
*U.S. Immigration and Customs Enforcement*,
MARY DE ANDA-YBARRA, *Field Office Director*,
JAMIE RAYE CARNES, *Warden of Torrance County Detention Center,*

       Respondents.

## **ORDER SETTING BRIEFING SCHEDULE**

THIS MATTER comes before the Court upon *sua sponte*. Respondents filed a Motion to Dismiss on November 17, 2025. *See* Doc. 11. Having reviewed the Motion, the Court finds that further briefing is necessary. The Court therefore orders Petitioner to file a response to the Motion to Dismiss within **fourteen (14) days** of the filing of the Motion to Dismiss. Respondents shall file a reply within **fourteen (14) days** of the filing of the response.

In addition to addressing the Motion, the response and reply shall address the following issues.

In an e-mail to the Court, Petitioner appears to request that the Court decide the Motion to Dismiss without full briefing prior to a November 25, 2025 immigration hearing. In their response, Petitioner shall state the nature of this hearing and its effect, if any, on this habeas proceeding. The

parties must immediately alert the Court if a decision in any immigration hearing will moot or otherwise affect the Court's ruling.

The parties should state whether they agree the Court may grant or deny the Petition based on full briefing on the Motion to Dismiss, or whether the Court should order an answer (if necessary) after ruling on the Motion to Dismiss.

The parties should state, and provide documentation, regarding how Petitioner was taken into custody, and whether the attorney general issued a warrant for his arrest.

**IT IS SO ORDERED.**

_____/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE